UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:    JENNIFER S. GRAHAM

Chapter 7 Case No.    09-46617

Please Check One:
___    Unclaimed Dividends
_X_    Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 1 | $4,514.40 | $3.33 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 3 | $2,393.53 | $1.76 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Willmington, DE 19850-5145 | 4 | $3,423.91 | $2.52 |
| PRA Receivables Management Systems Corp.<br>As Agent of Portfolio Recovery Assocs.<br>c/o Orchard Bank, PO Box 12914<br>Norfolk, VA 23541 | 6 | $1,098.12 | $0.81 |
| Recovery Management Systems Corporation<br>for GE Money Bank dba SAMS CLUB<br>25 SE 2nd Ave Ste 1120 | 7 | $1,659.45 | $1.22 |
| PYOD LLC its successors and assigns as assignee<br>of Citibank c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 8 | $898.68 | $0.66 |

10.30

Date    9/14/2010                                    J. Richard Stermer, Trustee

# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO.: 09-46617 |
| JENNIFER S. GRAHAM | ) | |
| | ) | **TRUSTEE'S REPORT OF RETURNED** |
| | ) | **FUNDS AND/OR NEW ESTATE FUNDS** |
| Debtor(s) | ) | **AND SUPPLEMENTAL DISTRIBUTION** |

The undersigned trustee of the estate of the Debtor(s) named above hereby reports:

1. The creditor(s) listed below have returned all or a portion of the distribution they received pursuant to the Trustee's Final Report and Proposed Distribution.

| Claim No. | Claimant | Amount Returned |
|---|---|---|
| 5 | Patricia Donovan | $ 10.30 |

2. The trustee has received additional funds not previously reported in the amount of $_____ and the source was _____. No further compensation and expenses are requested.

3. The returned funds and/or new funds should be distributed in accordance with 11 U.S.C. §726 as shown below, or per the exhibit attached hereto.

| Claim No. | Claimant | Claim Amount | Previously Paid | Supplemental Dividend |
|---|---|---|---|---|
| 1 | Roundup Funding | $4,514.40 | 206.63 | 3.33 |
| 3 | Chase Bank USA | $2,393.53 | 109.55 | 1.76 |
| 4 | Chase Bank USA | $3,423.91 | 156.71 | 2.52 |
| 6 | PRA Receivables Mgmt. | $1,098.12 | 50.26 | 0.81 |
| 7 | Recovery Mgmt Systems | $1,659.45 | 75.95 | 1.22 |
| 8 | PYOD LLC, its successors | $ 898.68 | 41.13 | 0.66 |

Dated:   9/14/2010

/e/ J. Richard Stermer
J. Richard Stermer
PO Box 445
Montevideo, MN  56265
(320) 321-1288

### REVIEWED BY THE UNITED STATES TRUSTEE

I have reviewed the foregoing report of supplemental distribution.

Dated: 9/17/10

Unit _____

By: /s/ Cynthia J. Sullivan